

**FILED**

JAN 09 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

RB Revocable Living Trust, *In Propria Persona*
By: Richard Marc Boiteau, *Trustee not Individually*
On the land of the county at Large, Yuba.
Non-Domestic c/o: 15563 Snowline Trail; near
Camptonville. California [zip exempt]
Without the United States (28 U.S.C. 1746)

district court of the United States (exchequer side)
[28 U.S.C. § 84, 610]
via passagio

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
IN ADMIRALTY, IN REM**

2:23 CV 0031 - TLN KJN PS

| | |
|---|---|
| The People of the State of CA. <br> Petitioner, <br><br> v. <br><br> $112,576.00 UNITED STATES CURRENCY, <br> Respondent(s). <br><br>———————————————— <br> RICHARD MARC BOITEAU <br> Claimant, <br><br>———————————————— <br> RB Revocable Living Trust, by: Richard Marc Boiteau, Trustee *not Individually*, <br> Interpleader. | district court CASE NO.: <br><br> STATE CASE NO.: CVPT21-01085 <br><br> **INTERPLEADER'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION UNDER 28 U.S.C. §§ 1335 and 1333** <br><br> **A Suit in Equity In Re:** <br> **All Property and Rights in Property** |

Pursuant to 28 U.S.C. §§ 1335, Interpleader, RB Revocable Living Trust ("Trust"), by and through Richard Marc Boiteau, ("Trustee not Individually") appearing *In Propria Persona* (hereinafter "Interpleader"), makes this claim as Interpleader to the exchequer side of the district courts as owner of "Lawful Money of the United States" (12 U.S.C. § 411), unlawfully seized under mischaracterization as United States Currency and presumption of a tax or forfeiture in Admiralty without due process, a valid hearing, or warranted authority. This action now includes money, property and interests in property exceeding $500 found to be contained in the Disputed Ownership Fund, and held in the custody of the law in the Court Registry Investment System ("CRIS") under the supervision and control of the Director of the Office of Administrative Courts.

1

Interpleader is the owner of all property or rights of property during the lifetime of the Grantor as set forth in the herein annexed agreements, internationally legalized under a public record by the district court of Den Haag, Apostille Number 2022-12791. The Trust files this Notice of Removal in Interpleader of a forfeiture action from the Superior Court of California, County of Yuba. In support of this Notice of Removal, Interpleader states as follows:

## PART ONE. CASE BACKGROUND

1.      On October 4, 2022, Petitioner commenced a forfeiture action in the Superior Court of California, County of Yuba, against the property of Interpleader.

2.      The Complaint ("Complaint") sought forfeiture of *In Rem* property taken as a prize (See 28 USC §1333 (2)).

3.      The property subject to the Complaint is described as $112,576 United States Currency.

4.      The property is presented as US Currency/Federal Reserve Notes, instead of lawful money, which is specifically defined in law at 12 U.S.C. § 411 as:

*Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System <u>for the purpose of making advances to Federal reserve banks through the Federal reserve agents</u> as hereinafter set forth <u>and for no other purpose,</u> are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. <u>They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.</u>*

5.      Interpleader is informed and aware that RICHARD MARC BOITEAU is named as Claimant and is presumed to be an incompetent "minor" from whom the

2

property was seized. However, Claimant is not and has never been an agent for the Federal Reserve and suffers no disabilities of minority. Claimant has no FRB agency or employment as it would relate to said FRNs or US Currency.

6. Accordingly, the money seized can only operate as lawful money as defined by § 411, *supra*.

7. On December 08, 2022, a Notice of Interpleader (28 USC 1335) was filed with the state court under a related case.

8. The state court and the state attorneys have rejected all filings in the related case and have stricken them from the record, including the Interpleader notice, the totality of which include unproven jurisdictional challenges as threshold matters, and continue to move against Interpleader's property with intent to take the property as a prize.

9. It is clear from the actions of the state court, that Grantor is prejudiced by conclusive presumptions that create a want of *Persona Standi in Judicio* due to a presumption of disability as an incapacitated ward, an enemy or a minor without control of minor securities (31 CFR 363.6), such incapacitation at a minimum mandates the state court to act to jealously guard the property of a ward at its main purpose pursuant to the guidance of CJS and Am. Jur. and American Jurisprudence.

10. It is clear from the record that Custodial accounts and minor investments are held in the custody of the law, and Interpleader establishes a right and claim thereto pursuant to 28 U.S.C. § 1335 making special appearance to the exchequer side of the district courts seeking protection of all property pending full disclosure and disposition.

**PART TWO. PARTIES**

11.     Interpleader appears in actor as RB Revocable Living Trust, *In Propria Persona*, through Richard Marc Boiteau as Trustee, *not Individually*, and denies any legal disabilities in *Persona Standi in Judicio* seeking equitable relief in protection of the lawful money described above. Interpleader is not aware of any disabilities established by operation of law that terminates *Persona Standi in Judicio* and no evidence to the contrary exists. (FRCP 9 rules of special pleading).

12.     Claimant is within judicial knowledge and subject to the jurisdiction of the Court. Petitioner is subject to the laws of the United States, acting under color of law in the unlawful seizure of private property, *In Rem,* as a bounty and prize.

13.     Interpleader is a revocable living trust during the life of Grantor, and within judicial knowledge by legalized international court record, and no evidence to the contrary exists. Attached hereto as Interpleader's **Annex A** is a Certificate of Trust and Durable Power of Attorney outlining the authority of the Trust. No other power of attorney or authority to control the property or interest of property of the Grantor exists and no evidence to the contrary exists.

14.     Interpleader makes special appearance to establish ownership of the private property which is subject to Claimant's attempt to claim the bounty as a prize. Interpleader, in actor, *In Propria Persona*, is defined as a "foreign state" 28 U.S.C. §1603(b)(1) and (3) for the purposes of removal 28 USC §§ 1333 and 1335.

15.     Interpleader appears before the court as attorney-in-fact by and through a Durable Power of Attorney dated November 22, 2022.  Interpleader has presented for filing Notice of Special Appearance in the Nature of Interpleader.

16.     Interpleader is aware of parties, undisclosed by Claimant, that need to be joined for appropriate disposition of all matters between the parties. The Joinder parties are all subject to jurisdiction of this action under federal questions and the original jurisdiction of the district court by operation of law at 28 U.S.C. § 1335. These parties may include the United States in protection of its interests, the Department of the United States Treasury, the Federal Reserve, the State of California and the People of the State of California, and any claimant operating as guardian or guardian ad litem in the case of an infant/ward relationship if so exposed.

17.     Interpleader shall address joinder of parties and facts in support if required by the Court.

18.     Interpleader seeks declaratory judgment to firmly and permanently establish the rights and equitable remedies of the parties, and full disclosure and accounting of the Disputed Ownership Funds ("DOF"), CRIS, Securities and other investments held in the custody of the law or in the custody or possession of others undisclosed who are acting in breach of duty.

**Part Three. Jurisdiction and Venue**

19.     This Court has original jurisdiction pursuant to 28 U.S.C. § 1335, 1333.

20.     Venue is proper in this Court because the state court utilizes the exchequer side of this Honorable Court for transmission and remittance of Court Registry Investment Funds to the Federal Reserve Bank of Dallas, and in the nature of interpleader against the Disputed Ownership Fund as outlined in 28 U.S.C. § 1335, this Court has original jurisdiction.  The parties holding Interpleader's interests and property,

under any theory of law, conduct themselves in the District of this Court and are subjects of its jurisdiction.

**Part Four. Legal Standard**

21.     This removal is proper in that district courts shall have original jurisdiction of all matters in the nature of Interpleader. 28 U.S.C. § 1335.

22.     This removal is proper in that district courts shall have original jurisdiction, *exclusive* of the courts of the States, over any civil case of admiralty or maritime jurisdiction, and any prize brought into the United States and all proceedings for the condemnation of property taken as prize pursuant to 28 USC §1333.

23.     Since all matters are founded on newly discovered evidence related to Disputed Ownership Funds and CRIS accounts, and the fraud on the court by parties claiming funds thereunder, this action qualifies pursuant to FRCP 60(e) in the nature of Coram Nobis (FRAP 21), which may be filed separately or at a later date.

**Part Five. Miscellaneous Certifications**

24.     This Notice is timely filed within 30 days of the newly discovered evidence of the Disputed Ownership Funds and Court Registry Investments as well as the actions by Claimant to take the property as a prize. See 28 U.S.C. § 1333.

25.     Pursuant to the Federal Rules of Civil Procedure, Interpleader concurrently served Claimant's counsel a true and correct copy of the Notice of Removal.

26.     This Notice of Removal has been served on Claimant's counsel in accordance with 28 U.S.C. § 1446 (d). A Notice of Filing of Notice of Removal to Federal Court (attached as **Annex B**) will be filed in the Superior Court of California,

County of Yuba in accordance with 28 U.S.C. § 1446 (d)]as soon as this Notice of Removal has been filed in this district court and assigned a case number.

27.    Interpleader, the undersigned, hereby certifies that only a status conference is pending before the Superior Court of California, County of Yuba, from which this case is removed.

28.    Interpleader certifies that this removal does not involve matters prohibited by any abstention doctrines as the Disputed Registry Funds are sufficient to satisfy the original jurisdiction of the district court and the standing of Interpleader.

**Part Six. GENERAL BOND**

29.    The court is noticed that a General Bond is held in the custody of the Court, evidenced by the CRIS funds, and by this Notice all of Interpleader's Interest in the, lawful money of account, Disputed Ownership Fund and Court Registry Investment Funds, as well as the 100% stock interest in the United States held by Interpleader on behalf of the Grantor, are hereby assigned to and for the Account of the United States in support of *Persona Standi in Judicio*, which may not be extinguished by legal disability under the Trading with the Enemy Act of 1933. This preemptive assignment and/or delivery of property, deposited with Trustee for the benefit of the Clerk of Court in accordance with F.R.C.P. Supplemental Rules, Rule E (5)(b) and Supplemental Rule 7.03(c) (2), (3), for the purposes of indemnification of the listed vessel of the United States, conditioned to answer the judgment of the court in all or any actions that may be brought in any such court in which the said vessel may be attached.

30.     The transfer and assignment of General Bond, as Property, to the Clerk of Court shall constitute disclaimer of all underlying securities 26 U.S.C. § 2518 and shall be deposited by this Court with the Treasurer of the United States. 28 U.S.C. § 2041.

31.     Interpleader disclaims all right, title, interest and powers of appointment in the obligation registered in the name of the Defendant recorded on the books and records of the Superior Court, referenced under Account Number: **CVPT21-01085**, referenced under CUSIP Identifiers: 72201F789 and has transferred in trust all interests to the custody of the Law in care of the Clerk of Court, as Representative Payee.

32.     Interpleader consents to the payment from registry funds or disputed ownership funds, refund of purchase price, transfer, reissue, or other disposition by said successor Trustee for the purpose of (i.) releasing and discharging the undersigned from any liability with regard to the obligation, (ii.) suspending the Trustee's power of alienation of property with regard to the said obligation, and (iii) in return for Interpleader's unlimited beneficial interest and private enjoyment of the property.

33.     Interpleader has requested the Secretary of the Treasury to enter the information on the transfer books by delivery of notice of the transfer.

**Part Seven. CONCLUSION**

34.     Based upon the information contained within and attached thereto, this district court has *original* jurisdiction over Interpleader's claims pursuant to 28 U.S.C. § 1335, to adjudication in equity of the property held as a prize pursuant to 28 U.S.C. § 1333, and of the parties. Interpleader is therefore entitled to remove this case to this Court as a suit in equity.

Wherefore, Interpleader requests that the action before the Superior Court of California, County of Yuba, Case Number: **CVPT21-01085** and any/all associated case numbers be, and hereby is, removed to this district court.

I state that the foregoing is true, complete and correct and will verify the same in open court.

Respectfully Submitted,
RB Revocable Living Trust, Interpleader

By: *Richard Marc*
Richard Marc Boiteau, Trustee not Individually.

9

## Annex A

**Certificate of Trust and Durable Power of Attorney outlining the authority of the Trust**

L.S.: Honorable Richard Marc Boiteau
~~When Recorded Send Acknowledgment To:~~
Care of: House of Boiteau
General Post-Office. Richard Marc Boiteau.
Near. Santa Rosa. USMOI [95407-9998]

Space Above for Recorder's Use Only

.**********************.

| Kingdom of the Power | )( | ss: Certificate of Trust |
| | )( | |
| The Powers on | )( | Name of Trust: |
| | )( | RICHARD MARC BOITEAU |
| The Soil in | )( | |
| | )( | |
| Any and All Country(s). Any and All | )( | |
| State(s) | )( | |
| | )( | |
| The United States of America | | |

We, specially appearing for RICHARD MARC BOITEAU, as Trustor and Trustee, for purpose of certifying Trust existence, states for public Record, for the following:

1. The name of the Trust is: RICHARD MARC BOITEAU, executed on: JUNE 26, 1985, is a valid and existing trust.

2. Trust exists under the laws of the state of Rhode Island except when specially modified, and is governed by the maxims of equity.

3. Trust is a Revocable Living Trust.

4. Trust was a contractual guardianship, receivership and conservatorship, now revoked and restated as a Revocable Living Trust during the continued life of the Trustor.

5. Trustor holds the power of revocation. Trustor may add to, or withdraw property form the Trust.

6. Trust Identification Number is: 138-85-006897

7. Trust Employer Identification Number is: 03-7549399

8. Title to Trust assets to be taken in Trust name, or RICHARD MARC BOITEAU, Trustee U/A, RB REVOCABLE LIVING TRUST, as directed by Trustee.

9. Trust principal address is: 1014 Janero Drive. Santa Rosa. California. Near.[95407].

10. Trust mailing address is: 1014 Hopper Avenue, Ste 203. Santa Rosa. California. Near. [95403].

11. Name of currently acting Trustee: RICHARD MARC BOITEAU.

12. The name of the successor trustee of the Trust is: RB FAMILY TRUST.

13. The trustee of the Trust has the following powers:

    1. Power to acquire additional property.

    2. Power to assign, sell, and execute and release contracts and deeds.

    3. Power to encumber or execute deeds of trust.

Certification of Trust /Assignment-Trust Number: 138-85-006897.  PAGE 1 OF 5

14. The trustee of the trust shall exercise the powers of the trust without, bond, court supervision or intervention of any kind.

15. Trustee powers are subject to power of direction and Trust By-Laws-Holy Bible—AKJV 1611, included in its entirety herein by reference. Power of Direction is held by: richard marc; and boiteau, President; enumerated, and subject to provisions within attached unlimited power of attorney.

16. The Trust does not have multiple trustees. The signature of the trustee is required to exercise the powers of the trust.

17. To the best of my knowledge, there are no claims, challenges of any kind or causes of action alleged, contesting or questioning the validity of the Trust or the trustee's authority to act for the Trust.

18. This Certification of Trust is issued with respect to the administration of the property

described within the attached Annex A, incorporated herein at this point, by this reference.


IN WITNESS WHEREOF, the undersigned trustee hereby certifies that the Trust has not been revoked, modified or amended in any manner which would cause the representations contained herein to be incorrect.

SIGNED this 22nd day of November, 2022 at the Hague, Netherlands.

/s/ RICHARD MARC BOITEAU, Trustee
without recourse to the undersigned

By: _Richard Marc_ , In Fidelity

Authorized Signatory

**Official Authorized Seal(s) >>>>>>>>>**

  

In the Book of 2 Corinthians, Chapter 13, verse 1:
"In the mouth of two or three witnesses shall every word be established."

| Araleah Moriah | 22 | November | 2022 |
| Witness's Autograph: | Day: | Month:. | Year:. |

| | 22 | november | 2022 |
| Witness's Autograph:. | Day: | Month:. | Year:. |

| | 22 | november | 2022 |
| Witness's Autograph:. | Day: | Month:. | Year:. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**The Netherlands**

Subscribed and affirmed by me, Michaël John José Reinier Lentze, Llm, civil law notary,
residing at The Hague (The Netherlands) on this 22nd day of November in the year of 2022,
by richard marc boiteau, who proved to me on the basis of satisfactory evidence to be the
living man who appeared before me.

_____ , Notary Public

NOTARY SEAL:





Ellens & Lentze
notariaat en mediation
Parkstraat 93
2514 JH 's-Gravenhage
t.070 - ....

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1.  Country: THE NETHERLANDS
    This public document
2.  has been signed by **mr. M.J.J.R. Lentze**
3.  acting in the capacity of notary at 's-Gravenhage
4.  bears the seal/stamp of aforesaid notary

Certified

5.  in Den Haag            6.  on 22-11-2022
7.  by the registrar of the district court of Den Haag
8.  no. 2022-12791

9.  Seal/stamp:            10. Signature:



J.M. van der Burg



Certification of Trust /Assignment Trust Number: 138-86-806897   PAGE 2 OF 5

## **Annex A**

## **ASSIGNMENT TO TRUST**

This Assignment to Trust is made on this 22 November 2022, between the Assignor: RICHARD MARC BOITEAU; located at: 1014 Hopper Avenue, Ste 203. Santa Rosa. California. Near.[95403].; RICHARD MARC BOITEAU; located at: 50 Maude Street. Providence. Rhode Island. 02908 (hereinafter the "Trustor") and the Assignee: RB REVOCABLE LIVING TRUST (hereinafter the "Trustee") dated: 22 November 2022.

The Trustor assigns, transfers, and conveys possession, ownership, and all right, title, and interest to the Trustee, in Trust, the following property (the "Assets"):

### **All Property and Assets belonging to Trustor:**

The Trustor warrants that she owns this property and that he has the full authority to transfer and convey the property to the Trust. Trustor also warrants that the property is transferred free and clear of all liens, indebtedness, or liabilities.

Signed and delivered to the Trustee on the date first-above listed.

  

/s/ RICHARD MARC BOITEAU, Trustor

By: _Richard Marc_____, In Good Faith

Authorized Signatory
Signed by the Trustee, in acceptance thereof on the date first-above listed.

/s/ RB REVOCABLE LIVING TRUST without recourse to the undersigned Trustee

By: _Richard Marc_____, In Good Faith Authorized Signatory.

**In the Book of 2 Corinthians, Chapter 13, verse 1:**

**"In the mouth of two or three witnesses shall every word be established."**

Analeah Moriah
**Witness's Autograph:.**

22 . November . 2022
**Day:** **Month:.** **Year:.**

**Witness's Autograph:.**

22 . november . 2022
**Day:** **Month:.** **Year:.**

**Witness's Autograph:.**

22 . november . 2022
**Day:** **Month:.** **Year:.**

*************************

**The Netherlands**

Subscribed and affirmed by me, Michaël John José Reinier Lentze, Llm, civil law notary, residing at The Hague (The Netherlands) on this 22nd day of November in the year of 2022, by richard marc boiteau, who proved to me on the basis of satisfactory evidence to be the living man who appeared before me.

_____ , **Notary Public**

**NOTARY SEAL:**





Ellens & Lentze
notariaat en mediation
Parkstraat 93
2514 JH 's-Gravenhage
tel. 070 - 364 43 00

Certification of Trust /Assignment Trust Number



# A P O S T I L L E

### (Convention de La Haye du 5 octobre 1961)

1. Country: THE NETHERLANDS
   This public document
2. has been signed by **mr. M.J.J.R. Lentze**
3. acting in the capacity of notary at 's-Gravenhage
4. bears the seal/stamp of aforesaid notary

Certified

5. in Den Haag                6.  on 22-11-2022
7. by the registrar of the district court of Den Haag
8. no. 2022-12791

9. Seal/stamp:                 10. Signature:

J.M. van der Burg





L.S.: Honorable Richard Marc Boiteau
**When Recorded Send Acknowledgment To:**
Care of: House of Boiteau
General Post-Office. Richard Marc Boiteau.
Near. Santa Rosa. USMOI [95407-9998]

Space Above for Recorder's Use Only

---

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*.**

| Kingdom of the Power | )( | ss: General Durable Power of Attorney |
| The Powers on | )( | |
| The soil in | )( | Name of Trust: RICHARD MARC BOITEAU |
| Any and All County(s), Any and All State(s), | )( | |
| The United States of America | | |

---

I, RICHARD MARC BOITEAU, the undersigned 100 percent stock and equitable interest holder of: United States of America, having its chief executive office at: 1600 Pennsylvania Avenue NW, Washington D.C. 20500-0003 (the "Company"), with said interest being evidenced by Stock Certificate Number: 138-85-006897, hereby revoke *all* prior powers of attorney granted by me to the Company, and do hereby and make and appoint as my lawful attorney for me and in my place and in my stead: RB REVOCABLE LIVING TRUST, located at: 1014 Hopper Avenue, Ste. 203. Santa Rosa. California. Near. [95403] (the "Agent") to act for me in any lawful way with respect to all of the powers listed below:

(A)  Real property transactions.

(B)  Tangible personal property transactions.

(C)  Stock and bond transactions.

(D)  Commodity and option transactions.

(E)  Banking and other financial institution transactions.

(F)  Business operating transactions.

(G)  Insurance and annuity transactions.

(H)  Estate, trust, and other beneficiary transactions.

General Durable Power of Attorney Stock Num.:138-85-006897.        PAGE 1 OF 4

(I)  Claims and litigation.

(J)  Personal and family maintenance.

(K)  Benefits from social security, medicare, medicaid, or other governmental programs, or military service.

(L)  Retirement plan transactions.

(M)  Tax matters.

My Agent is empowered further herein to:

1. Participate in Company's general meeting of the shareholders (General meeting).

2. Give and receive notices and communications.

3. Receive information and to make copies from the documents.

4. Vote and direct any public officers and employees of the Company at his own discretion on all issues, matters, and things which may be presented for action or consideration.

5. Elect and to be elected to the managing bodies or board of directors.

6. Alienate stocks or bonds, to transfer them as an unconditional pledge or in trust management.

7. Require redemption, exchange or substitution of the stocks or bonds.

8. Approve decisions on entering large transactions and liquidation.

9. Require revisions of financial and economic activity of the Company.

10. Request for liquidation of the Company.

11. Receive principal, interest and dividends, and direct the distribution thereof.

12. Receive all assets of the Company upon liquidation.

13. Sign, obtain and present any documents.

14. Make any statement on behalf of the Stockholder.

15. Carry out other actions and rights, stipulated by law or charter of the Company, related to the implementation of this Power of Attorney, in all respects that I could exercise if present in proper person.

This power of attorney will continue to be effective even though I may become disabled, incapacitated, or incompetent. I agree that any third party who receives a copy of this document may act under it. Revocation of this power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

SIGNED this 22nd day of November, 2022 at the Hague, Netherlands.

/s/ RICHARD MARC BOITEAU, Principal
without recourse to the undersigned

By: *Richard Marc*

**Official Authorized Seal(s) >>>>>>>>>>**

In the Book of 2 Corinthians, Chapter 13, verse 1:

"In the mouth of two or three witnesses shall every word be established."

| Witness's Autograph: *Analeah Moriah* | Day: 22 | Month: November | Year: 2022 |
|---|---|---|---|
| Witness's Autograph: | Day: 22 | Month: november | Year: 2022 |
| Witness's Autograph: | Day: 22 | Month: november | Year: 2022 |

**************************

General Durable Power of Attorney Stock Num.:138-85-006897.      PAGE 3 OF 4

**The Netherlands**

Subscribed and affirmed by me, Michaël John José Reinier Lentze, Llm, civil law notary, residing at The Hague (The Netherlands) on this 22nd day of November in the year of 2022, by richard marc boiteau, who proved to me on the basis of satisfactory evidence to be the living man who appeared before me.

_____ , Notary Public

**NOTARY SEAL:**




APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: THE NETHERLANDS
   This public document
2. has been signed by mr. M.J.J.R. Lentze
3. acting in the capacity of notary at 's-Gravenhage
4. bears the seal/stamp of aforesaid notary

Certified

5. in Den Haag          6. on 22-11-2022
7. by the registrar of the district court of Den Haag
8. no. 2022-12791

9. Seal/stamp:          10. Signature:

                              J.M. van der Burg




**General Durable Power of Attorney Stock Num.:138-85-006897.     PAGE 4 OF 4**

## Annex B

A Notice of Filing of Notice of Removal to Federal Court

RB Revocable Living Trust, *In Propria Persona*
By: Richard Marc Boiteau, *Trustee not Individually*
On the land of the county at Large, Yuba.
Non-Domestic c/o: 15563 Snowline Trail; near
Camptonville. California [zip exempt]
Without the United States (28 U.S.C. 1746)

## THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF YUBA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br>               Petitioner, <br><br> vs. <br><br> $112,576.00 UNITED STATES CURRENCY, <br><br>              Respondent, <br> ――――――――――――――――― <br> RICHARD MARC BOITEAU, <br>              Claimant, <br> ――――――――――――――――― <br> RB Revocable Living Trust, by: Richard Marc Boiteau, Trustee *not Individually*, <br>              Interpleader. | Case No.: CVPT21-01085 <br><br>     FEDERAL CASE NO.:_____ <br><br> NOTICE OF NOTICE OF REMOVAL BY INTERPLEADER |

***To the Clerk of the superior court and Chief Judge owing supervisory duties:***

You are hereby notified that RB Revocable Living Trust, as Interpleader pursuant to 28 U.S.C. § 1335, gives Notice to this Court of the removal of this cause of action in the nature of Interpleader to the original jurisdiction of the district court of the United States by operation of law as set forth above. This Court is without jurisdiction to proceed unless and until the remand of this action by order of the district court of the United States, and/or the final disposition and mandate of any subsequent appellate review.

Respectfully filed with the court of record this 9th day of January, in the year 2023.


RB Revocable Living Trust, Interpleader

By: _Richard Marc_____
     Richard Marc Boiteau, Trustee not Individually.

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF YUBA

I am over the age of 18 and competent to testify to these matters.
On January 9th, 2023, I served the foregoing document(s) upon the following:

Addressed to:
CLERK OF COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF YUBA
215 5th Street, Suite 200
Marysville, California. 95901

(By personal service)

I, Richard Marc Boiteau personally delivered the foregoing documents to the addressee in the Superior Court, County of Yuba.  Executed on January 9th, 2023.

by: _Richard Marc_

And Addressed to:
Counsel For Petitioner
**CLINTON J CURRY**
**YUBA COUNTY DISTRICT ATTORNEY**
**ANDREW P NAYLOR (SBN 306948)**
**215 5th Street, Suite 152**
**Marysville, CA. 95901**

(By First Class)

I, Analeah Moriah Gonshorowski personally delivered the foregoing documents to the addressee by first class mail placed into the custody of the Postmaster in Santa Rosa, County of Sonoma.

Executed on January 9th,2023 in Santa Rosa, California.
I, Analeah Moriah Gonshorowski declare under penalty of perjury under the laws of the State of California that the above is true and correct.

by: _Analeah Moriah_

12