UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

Plaintiff,

v.

$112,576 UNITED STATES
CURRENCY,

Defendant.

No. 2:23-cv-00031-TLN-KJN

**ORDER**

Claimant, Marc Boiteau, who is proceeding pro se, removed this civil asset forfeiture action to this Court.  The matter was referred to a United States Magistrate Judge under this Court's Local Rules.

On March 9, 2023, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on Boiteau and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On March 23, 2023, Boiteau filed objections to the findings and recommendations (ECF No. 5), which have been considered by the Court.

This Court reviews de novo those portions of the proposed findings of fact to which an objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection

1   has been made, the Court assumes its correctness and decides the matter on the applicable law.

2   *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's

3   conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d

4   452, 454 (9th Cir. 1983).

5          The Court has reviewed the applicable legal standards and, good cause appearing,

6   concludes that it is appropriate to adopt the findings and recommendations in full.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.   The findings and recommendations (ECF No. 4) are ADOPTED IN FULL;

9          2.   The action is REMANDED to state court for lack of subject matter jurisdiction; and

10         3.   The Clerk of Court is directed to CLOSE this case.

11  DATE:  May 10, 2023

12

13

14                                              _____
                                                Troy L. Nunley
15                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2